# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-1443**　　　　　　　　　　　　　　　　September Term, 2015

NLRB-19CC100903

Filed On: February 2, 2016 [1596603]

International Longshore & Warehouse Union and International Longshore & Warehouse Union, Local 8,

　　　　Petitioners

　　v.

National Labor Relations Board,

　　　　Respondent

------------------------------

Consolidated with 16-1036

### O R D E R

　　It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.

　　The Clerk is directed to transmit to respondent a certified copy of this order and a copy of the cross-application for enforcement.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　Mayra L. Gallo
　　　　　　　　　　　　　　　　　　　Deputy Clerk